UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FARBERWARE LICENSING COMPANY, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:12-cv-11986-JLT |
| CLEARCHOICE HOUSEWARES, INC., | ) ) | |
| Defendant. | ) ) ) | |

**FARBERWARE LICENSING COMPANY, LLC'S**
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Farberware Licensing Company,

LLC, by its attorneys, hereby dismisses its Complaint and this action against defendant

ClearChoice Housewares, Inc.  This dismissal is without prejudice.

Dated:  January 25, 2013                     Respectfully submitted,


                                             FARBERWARE LICENSING COMPANY, LLC

                                             By its attorneys,


                                             /s/ Nicholas M. O'Donnell
                                             Nicholas M. O'Donnell (BBO No. 657950)
                                             nodonnell@sandw.com
                                             Kevin M. Colmey (BBO No. 674427)
                                             kcolmey@sandw.com
                                             SULLIVAN & WORCESTER LLP
                                             One Post Office Square
                                             Boston, MA  02109
                                             (617) 338-2800 (phone)
                                             (617) 338-2880 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas M. O'Donnell, counsel for plaintiff Farberware Licensing Company, LLC, certify pursuant to L.R. 5.2 that a true copy of the above was served by first class mail upon Michael Field, Esq. of Field & Schultz, 183 State Street, Boston, MA 02109, the counsel designated for notice in the parties' License Agreement, on January 25, 2013.

/s/ Nicholas M. O'Donnell
Nicholas M. O'Donnell